No. 750. *Ex parte:* IN THE MATTER OF CLOYD H. DUNCAN. December 16, 1918. Petition for a writ of certiorari

to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Cloyd H. Duncan* pro se.